1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GLENN GARY,

11           Petitioner,                No. CIV S-06-2821 WBS DAD P

12        vs.

13   M.C. KRAMER, Warden, et al.,

14           Respondents.              ORDER

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

18   pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

19   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20   a request to proceed in forma pauperis or submit the appropriate filing fee.

21           In accordance with the above, IT IS HEREBY ORDERED that:

22           1.  Petitioner shall submit, within thirty days from the date of this order, an

23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24   petitioner's failure to comply with this order will result in the dismissal of this action; and

25   /////

26   /////

1

1        2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2  pauperis form used by this district.

3  DATED: December 18, 2006.

4

5                            *Dale A. Drozd*

                            DALE A. DROZD

6                            UNITED STATES MAGISTRATE JUDGE

7  DAD:bb

    gary2821.101a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26