IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN GARY,

      Petitioner,                    No. CIV S-06-2821 WBS DAD P

    vs.

M.C. KRAMER, Warden, et al.,

      Respondents.                <u>ORDER</u>

_____/

        Petitioner, a prisoner incarcerated at Folsom State Prison, is proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        In 1982, petitioner was convicted of first degree murder with use of a firearm following a jury trial in the Stanislaus County Superior Court. In this action, petitioner is challenging the denial of parole in his case by the Board of Prison Terms on August 4, 2005. Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer

1

1  shall be accompanied by any and all transcripts or other documents relevant to the determination
2  of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;
3            2. Petitioner's reply, if any, shall be filed and served within thirty days of service
4  of an answer;
5            3. If the response to petitioner's application is a motion, petitioner's opposition or
6  statement of non-opposition shall be filed and served within thirty days of service of the motion,
7  and respondents' reply, if any, shall be filed within fifteen days thereafter; and
8            4. The Clerk of the Court shall serve a copy of this order together with a copy of
9  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael
10 Patrick Farrell, Senior Assistant Attorney General.
11 DATED: January 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
gary2821.100f