IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GLENN GARY,** | 2:06-cv-02821-WBS-DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M.C. KRAMER, Warden, et al.,** | |
| Respondents. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time of thirty days, up to and including March 19, 2007, in which to file a response to the Petition for Writ of Habeas Corpus.

DATED: February 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gary2821.36R