IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN GARY,

     Petitioner,          No. CIV S-06-2821 WBS DAD P

  vs.

M.C. KRAMER, Warden, et al.,

     Respondents.        ORDER

_____/

        Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 16, 2007 application for an extension of time is granted; and

        2. Petitioner shall file and serve a traverse on or before May 16, 2007.

DATED: April 26, 2007.

*signature: Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
gary2821.111